No. 1.  Carter Oil Co. *v.* Welker et al.

October 19, 1942.  *Per Curiam:* The judgment is reversed, per stipulation, on the authority of *Tallman* v. *Eastern Illinois & Peoria R. Co.,* 379 Ill. 441, 41 N. E. 2d

537, and *Vandenbark* v. *Owens-Illinois Co.,* 311 U. S. 538. *Messrs. L. G. Owen, Henry I. Green,* and *Harold F. Lindley* for petitioner. *Messrs. William M. Acton, Paul J. Wimsey,* and *Lawrence T. Allen* for respondents.